UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| DRUSCILLA TOLES | : | CASE NO.  A10-67242-WLH |
| GARROT DWAYNE TOLES | : | |
| DEBTOR(S) | : | JUDGE HAGENAU |

## NOTICE OF DEPOSIT OF UNCLAIMED FUNDS

COMES NOW NANCY J. WHALEY, STANDING CHAPTER 13 TRUSTEE, and files this Notice that she is remitting to the Registry of the Clerk of the United States Bankruptcy Court the amount of $2,859.63 on behalf of FIRST CHOICE TITLE LENDING OF RIVERDALE #1 LLC C/O KEITH VENIA, Creditor, who filed claim #30-1.  These funds are being remitted to the Registry because the Creditor has not claimed the funds.

## CERTIFICATE OF SERVICE

This is to certify that I have this 14th day of November, 2013 served the Notice of Deposit of Unclaimed Funds by depositing in the United States Mail a copy of same in a properly addressed envelope with adequate postage thereon:

SLOMKA LAW FIRM, ATTY
1069 SPRING STREET, NW
2ND FLOOR
ATLANTA, GA 30309

/s/
NANCY J. WHALEY
Chapter 13 Trustee
GA Bar Number 377941
Standing Chapter 13 Trustee
303 Peachtree Center Ave., NE, Suite 120
Atlanta, GA  30303
(678) 992-1201